UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>               Plaintiff(s),<br>  v.<br><br>TRUYEN NGUYEN, et al.,<br><br>               Defendant(s). | CASE NO. C23-0287-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The declaration of Annuschakas Allen identifies Exhibit A as the complaint filed in King County Superior Court in the underlying lawsuit, but Exhibit A is in fact a copy of the complaint in this action.  *See* Dkt. No. 21 ¶ 2, Ex. A.  As Plaintiff's motion for default judgment (Dkt. No. 20) cites the complaint in the underlying lawsuit, Plaintiff is directed to file a copy of the complaint in the underlying lawsuit for the Court's review in resolving that motion.

Dated this 11th day of December 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1