UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>      Plaintiff(s),<br><br> v.<br><br>TRUYEN NGUYEN, et al.,<br><br>      Defendant(s). | CASE NO. C23-0287-KKE<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

The Court has reviewed Plaintiff's motion for default judgment against Defendants Triple9 Express, LLC and Yusuf Adem Heyi (hereinafter "the Defaulted Defendants"). Dkt. No. 20. Two other defendants have appeared in this action. *See* Dkt. Nos. 10, 18.

Plaintiff's motion for default judgment does not address whether there is "no just reason for delay" of the Court's entry of judgment against the Defaulted Defendants, while this action continues against the other defendants. *See* Fed. R. Civ. P. 54(b). The Court therefore ORDERS supplemental briefing to address whether, in the interest of judicial economy and to avoid multiple inconsistent judgments in one action, the Court should postpone consideration of the motion for default judgment until the conclusion of this action.

Plaintiff is ORDERED to file a supplemental brief of no longer than five pages on this issue, no later than January 19, 2024. Any defendant may file a response of no longer than five pages, no later than January 26, 2024. Plaintiff may file an optional reply of no longer than three

ORDER FOR SUPPLEMENTAL BRIEFING - 1

pages, no later than February 2, 2024. The clerk is DIRECTED to re-note Plaintiff's motion for default judgment (Dkt. No. 20) for February 2, 2024.

Dated this 12th day of December, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER FOR SUPPLEMENTAL BRIEFING - 2