THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company;<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TRUYEN NGUYEN, an individual, YUSUF ADEM HEYI and JANE/JOHN DOE HEYI, individual and as a marital community, TRIPLE9 EXPRESS, LLC, a foreign limited liability company, and DELIVERY EXPRESS, INC., a Washington corporation;<br><br>　　　　　　　　Defendants. | No. 2:23-CV-287-KKE<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT DELIVERY EXPRESS** |

United Financial Casualty Company (hereinafter "UFCC") and Defendant Delivery Express, Inc. (Delivery Express) agree and stipulate as follows:

1.　　　Delivery Express agrees to be bound by the coverage decision(s) or coverage ruling(s) made by the Court and/or jury in this action, or a higher court if an appeal is made regarding the UFCC Washington Commercial Auto Policy, Claim No. 22-3180119, Policy No. 01522268-001 (effective 6/9/2020 – 12/9/2020). Delivery Express acknowledges and agrees that it has been provided with the opportunity to consult with counsel and that its

STIPULATED AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
DELIVERY EXPRESS – 1

representatives have signed this Stipulation free from any duress or undue influence on the part of UFCC.

2.      In consideration of this agreement, UFCC agrees to dismiss Delivery Express as a party defendant from its Complaint, without prejudice, and without fees or costs to either party.

DATED this 17th day of January, 2024.


LETHER LAW GROUP

*s/ Ryan Bisel*
Ryan Bisel, WSBA #58634
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5444
rbisel@letherlaw.com
tlether@letherlaw.com
*Attorneys for Plaintiff United Financial*
*Casualty Company*

LE GROS, BUCHANAN & PAUL

*s/ Dustin C. Hamilton*
Dustin C. Hamilton, WSBA #40451
Nathan J. Beard, WSBA #45632
8015 SE 28th St., Suite 212
Mercer Island, WA 98040
Phone: (206) 588-8529
jd@jdsmithlaw.com
nbeard@legros.com
*Counsel for Defendant Delivery*
*Express*

STIPULATED AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
DELIVERY EXPRESS – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444 F: (206) 467-5444

## II.     ORDER

Based on the foregoing stipulation, it is hereby Ordered as follows:

1.      Defendant Delivery Express will be bound by the coverage decision(s) or coverage ruling(s) regarding coverage for claims arising from UFCC's litigation against UFCC's policyholder Triple9 Express LLC under UFCC Washington Commercial Auto Policy, Claim No. 22-3180119, Policy No. 01522268-001 (effective 6/9/2020 – 12/9/2020) made by the Court and/or jury in this action, or higher court if an appeal is made.

2.      All claims in this action against Defendant Delivery Express are hereby DISMISSED without prejudice, and without fees or costs to either party.

DATED: January 17, 2024.


_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge


Presented By:

LETHER LAW GROUP

_s/ Ryan Bisel_
Ryan Bisel, WSBA #58634
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
rbisel@letherlaw.com
tlether@letherlaw.com
_Attorneys for Plaintiff United Financial_
_Casualty Company_

STIPULATED AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
DELIVERY EXPRESS – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544