THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company;<br><br>Plaintiff,<br><br>v.<br><br>TRUYEN NGUYEN, an individual, YUSUF ADEM HEYI and JANE/JOHN DOE HEYI, individual and as a marital community, TRIPLE9 EXPRESS, LLC, a foreign limited liability company, and DELIVERY EXPRESS, INC., a Washington corporation;<br><br>Defendants. | No. 2:23-CV-287-KKE<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT TRUYEN NGUYEN** |

United Financial Casualty Company (hereinafter "UFCC") and Defendant Truyen Nguyen agree and stipulate as follows:

1. Truyen Nguyen agrees to be bound by any coverage decision(s) or ruling made by the Court and/or jury in this action, or a higher court if an appeal is made. Mr. Nguyen acknowledges and agrees that he has been provided with the opportunity to consult with counsel and that his representatives has signed this Stipulation free from any duress or undue influence on the part of UFCC.

2. In consideration of this agreement, UFCC agrees to dismiss Truyen Nguyen as a

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
TRUYEN NGUYEN – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444 F: (206) 467-5544

party defendant from its Complaint, without prejudice, and without fees or costs to either party.

DATED this 18th day of January, 2024.

| LETHER LAW GROUP | LAW OFFICES OF J.D. SMITH, PLLC |
|---|---|
| s/ *Ryan Bisel* <br> Ryan Bisel, WSBA #58634 <br> s/ *Thomas Lether* <br> Thomas Lether, WSBA #18089 <br> 1848 Westlake Ave N., Suite 100 <br> Seattle, WA 98109 <br> P: 206-467-5444 F: 206-467-5544 <br> rbisel@letherlaw.com <br> tlether@letherlaw.com <br> *Counsel for Plaintiff United Financial Casualty Company* | /s/ *J.D. Smith* <br> J.D. Smith, WSBA #28246 <br> 8015 SE 28th St., Suite 212 <br> Mercer Island, WA 98040 <br> P: (206) 588-8529 <br> jd@jdsmithlaw.com <br> *Counsel for Defendant Truyen Nguyen* |

## II. ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 28) and ORDERS:

1. Defendant Truyen Nguyen will be bound by any decision or ruling regarding coverage for claims arising from UFCC's litigation against UFCC's policyholder Triple9 Express LLC under United Financial Casualty Company Policy 01522268-001 (effective 6/9/2020 – 12/9/2020) made by the Court and/or jury in this action, or higher court if an appeal is made.

2. All claims in this action against Defendant Truyen Nguyen are hereby DISMISSED without prejudice, and without fees or costs to either party.

DATED: January 18, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented By:

LETHER LAW GROUP

*s/ Ryan Bisel*
Ryan Bisel, WSBA #58634
Thomas Lether, WSBA #18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
rbisel@letherlaw.com
tlether@letherlaw.com
*Counsel for Plaintiff   United Financial Casualty Company*

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
TRUYEN NGUYEN – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444 F: (206) 467-5544

1  LAW OFFICES OF J.D. SMITH, PLLC

2  /s/ _J.D. Smith_____
J.D. Smith, WSBA #28246

3  8015 SE 28th St., Suite 212
Mercer Island, WA 98040

4  P: (206) 588-8529
jd@jdsmithlaw.com

5  *Counsel for Defendant Truyen Nguyen*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
TRUYEN NGUYEN – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444 F: (206) 467-5544